UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Dineen Cherylann Etienne,**

    **Plaintiff,**

    v.

**North Carolina Attorney General, *et al.*,**
*Josh Stein*,

    **Defendants.**

Case No. 2:24-cv-4142

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Magistrate Judge performed an initial screen of this case pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R"), recommending the Court dismiss without prejudice this Complaint for having been filed in an improper venue. R&R, ECF No. 6. The R&R notified the parties of their right to object to that recommendation and warned that a failure to timely object would forfeit the right to de novo review by the Undersigned and the right to appeal the Undersigned's adoption of the R&R. *Id.* at 6–7.

The deadline for objecting has passed, and Plaintiff did not timely object. Accordingly, the Court **ADOPTS** the R&R without de novo review. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for having been filed in an improper venue. Further, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be in good faith. The Clerk shall terminate this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT